# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.: 17 MJ 02345        Date: 9/19/17

Title: United States v. Zachary Beck

Present: The Honorable Gail J. Standish

Earlene Carson — Deputy Clerk

n/a — Court Reporter / Recorder

Attorneys Present for Government: n/a

Attorneys Present for Defendant: n/a

**Proceedings:** (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☐ Lack of bail resources
☐ Refusal to interview with Pretrial Services
☒ No stable residence or employment
☒ Previous failure to appear or violations of probation, parole, or release
☒ Ties to foreign countries
☒ Allegations in petition

Defendant has documented mental health issues.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No. 17-2345 MJ   Date 9/19/17

Title   United States v. Zachary Beck

B. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Nature of previous criminal convictions

☐ Allegations in petition

☐ Substance abuse

☐ Already in custody on state or federal offense

☐

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.